UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Schaffer,<br><br>                    Plaintiff,<br><br>          v.<br><br>GeneDx, LLC et al.,<br><br>                    Defendants. | 25-CV-2550 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On March 27, 2025, Plaintiff filed the Complaint. ECF No. 1. On April 21, 2025, Defendants filed a motion to dismiss. ECF No. 12. On May 21, 2025, Plaintiff filed the Amended Complaint. ECF No. 21. The Amended Complaint, filed pursuant to Fed. R. Civ. P. 15(a)(1)(B), renders Defendants' motion to dismiss moot.

It is hereby ORDERED that Defendants shall respond to the Amended Complaint **by Wednesday, June 4, 2025**. *See* Fed. R. Civ. P. 15(a)(3).

The Clerk of Court is respectfully directed to terminate without prejudice the pending motion to dismiss at ECF No. 12.

SO ORDERED.

Dated: May 22, 2025
       New York, New York

                                                     _____
                                                             DALE E. HO
                                                     United States District Judge