UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DEVIN K. SCHAFFER,                              :
                                                :          25 Civ. 2550 (DEH) (GS)
                    Plaintiff,                  :
                                                :                **ORDER**
           - against -                          :
                                                :
                                                :
GENEDX, LLC et al.,                             :
                                                :
                    Defendants.                 :
                                                :

------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       Following Judge Ho's order on March 30, 2026, Defendants in this action were

scheduled to file their Answer to Plaintiff's Complaint by April 13, 2026, pursuant to Fed. R.

Civ. P. 12(a)(4)(A).  To date, Defendants have not filed their answer or anything else in this

action since then.  Accordingly, Defendants are hereby ORDERED to file their answer to

Plaintiff's Complaint by Friday, May 1, 2026, or provide a short letter detailing their belief for

why such deadline should be delayed in this action.

       **SO ORDERED.**

DATED:      New York, New York
            April 27, 2026

                                                _____
                                                The Honorable Gary Stein
                                                United States Magistrate Judge